IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KEITH JONES, | ) | |
| Petitioner, | ) | |
| v. | ) | NO. 3:02-1031 |
| | ) | JUDGE HAYNES |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**ORDER**

Petitioner, Keith Jones a federal prisoner, filed this petition under 28 U.S.C. § 2241 et seq. seeking a correction of his sentence. In its response, the United States submits undisputed proof that Petitioner has not exhausted his administrative remedies on this claim.

Accordingly, this petition is **DISMISSED** without prejudice for Petitioner's failure to exhaust his administrative remedies. Little v. Hopkins, 638 F.2d 953, 954 (6th Cir. 1981) (per curiam).

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 22nd day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge